**FILED**

09/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 24-0440

**FILED**
**09/30/2024**
COMMISSION ON PRACTICE
OF THE SUPREME COURT
OF THE STATE OF MONTANA

BEFORE THE COMMISSION ON PRACTICE OF THE

SUPREME COURT OF THE STATE OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF MICHAEL P. SINKS, ) | Supreme Court Cause No. PR 24-0440 |
| An Attorney at Law, ) | ODC File No. 23-227 |
| Respondent. ) | **ORDER TO VACATE AND CONTINUE HEARING** |

Based upon the Commission's review of the Office of Disciplinary Counsel's Unopposed Motion before the Commission on Practice to vacate the formal Hearing now set for October 8, 2024, at 1:00 p.m., and to be reset for a future setting of the Commission, and good cause appearing:

IT IS HEREBY ORDERED that the formal Hearing set for October 8, 2024, at 1:00 p.m., is hereby Vacated, and will be scheduled at a date and time to be determined by subsequent Notice.

DATED this 30th day of September, 2024.

COMMISSION ON PRACTICE OF THE
SUPREME COURT OF THE STATE OF MONTANA

Ward "Mick" Taleff, Chairperson

*Order to Vacate and Continue Hearing - Page 1*

.09

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 30th day of September, 2024, a true and correct

copy of the foregoing **Order to Vacate and Continue Hearing** was served as follows:

Pamela D. Bucy, Esq.
Chief Disciplinary Counsel
pbucy@montanaodc.org
sstreib@montanaodc.org


Michael P. Sinks
P.O. Box 1870
Bozeman, MT 59771
Michael.Sinks@mt.gov


_____
Shelly Smith, Office Administrator

# CERTIFICATE OF SERVICE

I, Shelly Smith, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 09-30-2024:

Pamela D. Bucy (Attorney)
P.O. Box 1099
Helena MT 59624
Representing: Office of Disciplinary Counsel
Service Method: eService

Michael Peter Sinks (Attorney)
77 DISCOVERY DR
BOZEMAN MT 59718-6957
Representing: Michael Peter Sinks
Service Method: eService

Ward E. Taleff (Attorney)
300 River Drive North,
Suite 5
GREAT FALLS MT 59401
Service Method: eService
E-mail Address: mick@mtresolutelaw.com

Electronically Signed By: Shelly Smith
Dated: 09-30-2024